# CASE ANNOUNCEMENTS

*October 25, 2010*

[Cite as *10/25/2010 Case Announcements*, 2010-Ohio-5179.]

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–0866.   **Freudenberg NOK Gen. Partnership v. Levin.**
Board of Tax Appeals, Nos. 2006–K–1556 and 2006–K–1558.

# CASE ANNOUNCEMENTS

*October 25, 2010*

[Cite as *10/25/2010 Case Announcements #2*, 2010-Ohio-5197.]

## MOTION AND PROCEDURAL RULINGS

2010–1641.   **State ex rel. McCaffrey v. Mahoning Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion to stay the case pending mediation,
It is ordered by the court that the motion to stay is granted and a new due date will be set for the filing of an answer if the case is returned from mediation.

2010–1642.   **State ex rel. McCaffrey v. Mahoning Cty. Prosecutor's Office.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion to stay the case pending mediation,
It is ordered by the court that the motion to stay is granted and a new due date will be set for the filing of an answer if the case is returned from mediation.

# CASE ANNOUNCEMENTS

*October 27, 2010*

[Cite as *10/27/2010 Case Announcements*, 2010-Ohio-5101.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–1457.   **[State ex rel.] Garcia v. Dinkelacker.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1466.   **State ex rel. Muhammad v. O'Shaughnessy.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.